**SO ORDERED.**

**SIGNED October 4, 2018.**



_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE: CHAPTER 7

PROGRESSIVE ACUTE CARE    CASE NO.: 16-50739
DAUTERIVE, LLC

     (DEBTOR)
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER GRANTING PARTIAL RELIEF FROM THE AUTOMATIC STAY

The matter was noticed and scheduled for hearing on the 2nd day of October, 2018, to consider the Motion for Modification of Automatic Stay filed by Christopher M. Gaffga, M.D., for relief from the stay provided for by 11 U.S.C. §362(a).

The Trustee has been notified of this Motion and has no opposition to same.

IT IS ORDERED that the automatic stay previously in effect is hereby modified to allow Mary Diaz and Hector Diaz ("Claimants") to proceed with their medical malpractice claim before the Louisiana Patients Compensation Fund bearing PCF File No. 2015-00614, against Debtor and others to the extent necessary, with the limitation that Mary Diaz and Hector Diaz

shall take no action to attempt to enforce collection of any judgment against Debtor, reserving to Claimants the right to enforce collection against Debtor's insurer and the Louisiana Patient's Compensation Fund.

###

This Order was prepared and is being submitted by:

BREAUD & MEYERS

*/s/ Andrew H. Meyers*

_____
ANDREW H. MEYERS #14221
600 Jefferson Street, Suite 1101
Post Office Drawer 3448
Lafayette, Louisiana 70502
Telephone: (337) 266-2200
Fax: (337) 266-2204
Attorney for **CHRISTOPHER M. GAFFGA, M.D.**